```
C. CHRISTINE MALONEY (SBN 226575)
MALONEY EMPLOYMENT LAW
203 Flamingo Road, Suite 305
Mill Valley, CA 94941
Telephone: (415) 754-8081
Email: christine@maloney-worklaw.com
```

Attorney for Defendant
CITY OF RICHMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID BATISTE,<br><br>  Plaintiff,<br>vs.<br><br>CITY OF RICHMOND; HUGO MENDOZA; TIM HIGARES; and DOES 1-50,<br><br>  Defendants. | Case No. 4:22-CV-01188 HSG<br><br>STIPULATION AND ORDER TO RE-NOTICE HEARING DATE OF DEFENDANTS' MOTION TO DISMISS **(as modified)** |

## I.   STIPULATION

Plaintiff David Batiste, Defendant City of Richmond, and Defendant Hugo Mendoza, by and through their undersigned counsel, hereby stipulate and agree that the hearing date on Defendants City of Richmond's and Hugo Mendoza's Motion to Dismiss Complaint for Damages (Dkt. Nos. 24 and 25) shall be advanced from October 27, 2022 to June 23, 2022, a date the Court has indicated is available. The hearing time shall remain the same (2:00 p.m.) and the briefing schedule shall remain unchanged.

IT IS SO STIPULATED.

//

//

| | |
|---|---|
| DATED: April 25, 2022 | BRYANT LAW GROUP |
| | */s/ Paul L. Alaga* |
| | _____ |
| | Paul L. Alaga |
| | Attorneys for Plaintiff |
| | David Batiste |
| | |
| DATED: April 25, 2022 | MALONEY EMPLOYMENT LAW |
| | */s/ C. Christine Maloney* |
| | _____ |
| | C. Christine Maloney |
| | Attorney for Defendant |
| | City of Richmond |
| | |
| DATED: April 25, 2022 | OFFICE OF THE RICHMOND CITY ATTORNEY |
| | */s/ Jaclyn A. Gross* |
| | _____ |
| | Jaclyn A. Gross, Deputy City Attorney |
| | Attorney for Defendant |
| | Hugo Mendoza |

## II.   ORDER

The Court approves the foregoing stipulation and hereby orders that the hearing date on Defendants City of Richmond's and Hugo Mendoza's Motion to Dismiss Complaint for Damages (Dkt. No. 24) is advanced to **June 23, 2022, at 2:00 p.m.** The briefing schedule shall remain unchanged.

IT IS SO ORDERED.

DATED: April 25, 2022

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge