AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

David Batiste
Plaintiff(s),
V.
City of Richmond, et al.,
Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:22-cv-01188-HSG

Notice is hereby given that, subject to approval by the court, __Defendant Hugo Menodza__ substitutes
(Party (s) Name)

__Peter O. Glaessner__, State Bar No. __93830__ as counsel of record in
(Name of New Attorney)

place of __Jaclyn A. Gross__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Allen Glaessner Hazelwood & Werth LLP |
| Address: | 180 Montgomery Street, Suite 1200 |
| Telephone: | (415) 697-2000    Facsimile (415) 813-2045 |
| E-Mail (Optional): | pglaessner@aghwlaw.com |

I consent to the above substitution.
Date: 5/16/22

Hugo Mendoza
_(Signature of Party (s))_

I consent to being substituted.
Date: 5/13/2022

Jaclyn A. Gross
_(Signature of Former Attorney (s))_

I consent to the above substitution.
Date: 5/16/2022

Peter Glaessner
_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: 5/17/2022

Haywood S. Gilliam Jr.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]