```
C. CHRISTINE MALONEY (SBN 226575)
MALONEY EMPLOYMENT LAW
203 Flamingo Road, Suite 305
Mill Valley, CA 94941
Telephone: (415) 754-8081
Email: christine@maloney-worklaw.com

Attorney for Defendant
CITY OF RICHMOND
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID BATISTE,<br><br>　　　　Plaintiff,<br>　vs.<br><br>CITY OF RICHMOND; et al.,<br><br>　　　　Defendants. | Case No. 4:22-CV-01188 HSG<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

### I.　　STIPULATION

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3;-5. The parties agree to participate in the following ADR process: Mediation (ADR L.R. 6). The parties agree to hold the ADR session by September 16, 2022.

IT IS SO STIPULATED.

DATED: August 8, 2022                              BRYANT LAW GROUP

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Paul L. Alaga*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Alaga
　　　　　　　　　　　　　　　　　　　　　　　　Conrad Wu
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　David Batiste

DATED: August 5, 2022						MALONEY EMPLOYMENT LAW

								/s/ C. Christine Maloney
								_____
								C. Christine Maloney
								Attorney for Defendant
								City of Richmond

DATED: August 5, 2022						ALLEN GLAESSNER HAZELWOOD & WERTH

								/s/ Kellen M. Crowe
								_____
								Peter O. Glaessner
								Kellen M. Crowe
								Attorneys for Defendant
								Hugo Mendoza

## II.  ORDER

IT IS SO ORDERED.

DATED: August 9, 2022

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge