C. CHRISTINE MALONEY (SBN 226575)
MALONEY EMPLOYMENT LAW
203 Flamingo Road, Suite 305
Mill Valley, CA 94941
Telephone: (415) 754-8081
Email: christine@maloney-worklaw.com

Attorney for Defendant
CITY OF RICHMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID BATISTE,<br><br>  Plaintiff,<br>vs.<br><br>CITY OF RICHMOND; HUGO MENDOZA; TIM HIGARES; and DOES 1-50,<br><br>  Defendants. | Case No. 4:22-CV-01188 HSG<br><br>STIPULATION TO CHANGE THE TIME OF OPPOSITION AND REPLY PAPERS ON DEFENDANT CITY'S MOTION FOR SUMMARY JUDGMENT; SUPPORTING DECLARATION; ORDER<br>[LOCAL RULE 6-2]<br><br>Hearing Date:  June 8, 2023<br>Time:         2:00 p.m.<br>Location:     Courtroom 2, 4th Fl. (Oakland)<br><br>Complaint Filed: 2/25/2022<br>Trial Date:      8/21/2023 |

**I.     STIPULATION**

Plaintiff DAVID BATISTE and Defendant CITY OF RICHMOND, by and through their undersigned counsel, hereby stipulate and agree as follows:

1.    A summary judgment hearing is set before this Court for June 8, 2023, at 2:00 p.m. (Dkt. No. 68). Pursuant to Local Rule 7-2 opening papers were due on May 4, 2023, opposition papers are due on May 18, 2023, and reply briefs are due on May 25, 2023.

2.    Defendant Hugo Mendoza filed a timely motion for summary judgment on May 4,

2023. (Dkt. No. 69). There is no request to change the briefing deadlines on Defendant Mendoza's motion.

3. Defendant City of Richmond filed its motion for summary judgment a day late on May 5, 2023 (Dkt. No. 70). This was due to illness/incapacity of the City's counsel as set forth in the conjoined declaration.

4. Counsel for Plaintiff Batiste and Defendant City stipulate and agree to the following modification of the briefing schedule on the City's motion for summary judgment: Plaintiff's opposition papers will be due one day later on May 19, 2023 and Defendant City's reply brief will still be due on May 25, 2023, shortening its reply time by one day. This modification ensures that Plaintiff has the full 14 days to oppose the motion and it will not impact the time the Court has with the motion after briefing is complete.

5. The parties previously stipulated to change the summary judgment hearing date. Dkt. No. 67). There have been no other modifications to the case schedule.

IT IS SO STIPULATED.

DATED: May 9, 2023                         BRYANT LAW GROUP

                                            */s/ Conrad Wu*
                                            _____
                                            Paul L. Alaga
                                            Conrad Wu
                                            Attorneys for Plaintiff
                                            David Batiste


DATED: May 9, 2023                         MALONEY EMPLOYMENT LAW

                                            */s/ C. Christine Maloney*
                                            _____
                                            C. Christine Maloney
                                            Attorney for Defendant
                                            City of Richmond

## II.  DECLARATION OF COUNSEL

C. CHRISTINE MALONEY DECLARES:

A. I am an attorney licensed in California and admitted to practice before this Court. I represent Defendant City of Richmond in this action. I have personal knowledge of the following facts and am competent to testify about them.

B. On or about Tuesday, May 2, 2023, I began to feel an illness coming on. By Thursday, May 4th, I had a fever, headache, body aches, dizziness and weakness. I continued to push through and work on finishing Defendant City's motion for summary judgment but I hit a wall Thursday evening, could no longer focus, and had to stop. After some rest, I finished the motion on Friday and filed it.

C. I am a sole practitioner and did not have anyone to whom I could delegate completion of the motion on short notice.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 9th day of May, 2023, at Sausalito, California.

/s/ C. Christine Maloney
_____
C. Christine Maloney

## III.  ORDER

Pursuant to the foregoing Stipulation, IT IS SO ORDERED.

DATED: 5/10/2023

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge