UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BATISTE,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND, et al.,<br><br>    Defendants. | Case No. 22-cv-01188-AMO<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 161, 162, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172, 173, 174, 175 |

The Court is in receipt of the above-captioned untimely pre-trial filings. *See* ECF 161-168 (briefing in support of proposed jury instructions, statement of the case, and objections to exhibits filed by Batiste on May 11, 2024); ECF 169 (trial brief filed by Mendoza on May 11, 2024); ECF 170-173 (oppositions to the motions in limine filed by City of Richmond on May 12, 2024); ECF 174 (proposed verdict form filed by Defendants on May 13, 2024); and ECF 175 (joint list of people involved filed by all parties on May 13, 2024). The Court's pretrial order set a May 10, 2024, deadline for these filings. ECF 144. The Court also required any oppositions to the motions in limine to be filed by May 10, 2024. ECF 149. The Court thus orders **ALL PARTIES** to show

///
///
///
///
///
///
///
///

cause why the Court should consider the untimely filings. By Wednesday **May 15, 2024**, at **12:00pm noon**, the parties shall submit no more than two pages each explaining why the Court should consider the untimely filings.

**IT IS SO ORDERED.**

Dated: May 13, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**