C. CHRISTINE MALONEY (SBN 226575)
MALONEY EMPLOYMENT LAW
203 Flamingo Road, Suite 305
Mill Valley, CA 94941
Telephone: (415) 754-8081
Email: christine@maloney-worklaw.com

Attorney for Defendant
CITY OF RICHMOND

PETER O. GLAESSNER (SBN 93890)
KELLEN CROWE (SBN 289820)
ALLEN GLAESSNER HAZELWOOD & WERTH, LLP
180 Montgomery St. Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Email: pglaessner@aghwlaw.com
Email: kcrowe@aghwlaw.com

Attorneys for Defendant
HUGO MENDOZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BATISTE, <br><br> Plaintiff, <br> vs. <br><br> CITY OF RICHMOND; HUGO MENDOZA; et al., <br><br> Defendants. | Case No. 3:22-CV-01188 AMO <br><br> DEFENDANTS' JOINT RESPONSE RE SUBMISSION OF LACHES AND UNCLEAN HANDS DEFENSES TO THE JURY; FURTHER INSTRUCTIONS AND VERDICT FORM <br><br> Trial Date:  09/16/2024, 8:30 a.m. <br> Location:   Courtroom 10, 19th Floor <br>             San Francisco |

This submission is in response to the Court's Order directing Defendants to file further proposed jury instructions on their affirmative defenses of laches and unclean hands, as the Court seeks the jury's advisory opinion on these issues. (Dkt. 291, 9/11/24). Previously, the Court ordered Defendants to submit briefing as to why these affirmative defenses should not be resolved prior to

1

trial. (Dkt. 214, 6/7/24). Defendants submitted briefing regarding the nature, elements and proof needed to sustain these equitable defenses. (Dkt. 218, 6/14/24). At the pretrial conference on June 25, 2024, the Court ordered Defendants to submit jury instructions or jury interrogatories involving factual determinations related to these equitable defenses. Upon further research, Defendant City of Richmond submitted a statement that the factual determinations supporting these defenses are for the court, not the jury, with supporting authorities. Defendant did not intend to propose jury instructions or jury interrogatories. (Dkt. 237, 7/16/24). In a further Order, the Court directed the parties to submit a joint statement whether the applicable evidence on these equitable defenses would be submitted during trial or outside of trial and how the parties would supply the law to the Court. (Dkt. 244, 7/22/24). The parties responded that the evidence would be presented at trial, as it overlaps with elements of other claims and defenses, and would supply briefing for the Court within 10 days of the jury's verdict. (Dkt. 251, 7/31/24).

The attached jury instructions and amended verdict form are submitted to comply with the Court's recent order, but over Defendants' objection that there is no right to jury trial on equitable defenses. (Dkt. 237).

DATED: September 16, 2024        MALONEY EMPLOYMENT LAW

                                 */s/ C. Christine Maloney*
                                 _____
                                 C. Christine Maloney
                                 Attorney for Defendant
                                 City of Richmond


DATED: September 16, 2024        ALLEN GLAESSNER HAZELWOOD & WERTH LLP

                                 */s/ Peter O. Glaessner*
                                 _____
                                 Peter O. Glaessner
                                 Kellen Crowe
                                 Attorneys for Defendant
                                 Hugo Mendoza

## CERTIFICATE OF CONCURRENCE

Pursuant to Civil Local Rule 5-1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: September 16, 2024         MALONEY EMPLOYMENT LAW

*/s/ C. Christine Maloney*
_____
C. Christine Maloney
Attorney for Defendant
City of Richmond