UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>ARACELI MARTÍNEZ-OLGUÍN</u>     Case No. <u>22-cv-01188-AMO</u>

CASE NAME: <u>Batiste v. City of Richmond</u>

## NOTE FROM THE JURY

Note No. <u>1</u>

Date <u>9/20/2024</u>

Time <u>~~2:05 PM~~ 2:14 PM</u>

1. The Jury has reached a unanimous verdict ( )

    or

2. The Jury has the following question:

<u>Jury instructions, Number 6, Item 2 is an acceptable interpretation of this statement: "The conduct became harassing because David is African American."</u>

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>ARACELI MARTÍNEZ-OLGUÍN</u>       Case No. <u>22-cv-01188-AMO</u>

CASE NAME: <u>Batiste v. City of Richmond</u>

### NOTE FROM THE JURY

Note No. __2__

Date __9/20/24__

Time __~~2:10~~ 2:14 PM__

1. The Jury has reached a unanimous verdict ( )

    or

(2.) The Jury has the following question:

_If we don't reach agreement by end of Monday, do we have to come back on Tuesday_

_____
Foreperson of the Jury