UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BATISTE,<br><br>   Plaintiff,<br><br>  v.<br><br>CITY OF RICHMOND, et al.,<br><br>   Defendants. | Case No. 22-cv-01188-AMO<br><br>**JUDGMENT** |

In accordance with the jury verdict on September 20, 2024, judgment is entered in favor of Defendant City of Richmond and Defendant Hugo Mendoza, and against Plaintiff David Batiste.

**IT IS SO ORDERED.**

Dated: September 20, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**